UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORIZON HEALTHCARE et al.,<br><br>　　　　　Defendants. | No. 1:16-cv-00461-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 21)<br><br>ORDER GRANTING IN PART DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS, WITH LEAVE TO AMEND<br><br>(Doc. No. 6)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM<br><br>(Doc. No. 7) |

　　　Plaintiff, suing under the pseudonym "John Doe Smith," is a former Fresno County Jail civil detainee proceeding with counsel in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On June 28, 2016, assigned magistrate judge issued findings and recommendations, recommending that (1) plaintiff's motion for leave to file a complaint under a pseudonym (Doc. No. 7) be denied; (2) defendants' motion to strike or require a more definite statement (Doc. No.

6) be denied; and (3) defendants' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. No. 6) be granted in part and denied in part, with leave to amend being granted. (Doc. No. 21.) The parties were directed to file any objections to the findings and recommendations within twenty days. To date, no objections have been filed. However, on July 25, 2016, plaintiff filed a first amended complaint, which appears to substitute plaintiff's true name as the plaintiff in this case. (Doc. No. 22.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The June 28, 2016 findings and recommendations (Doc. No. 21) are adopted in full;
2. Plaintiff's motion for leave to file a complaint under a pseudonym (Doc. No. 7) is denied;
3. Defendants' motion to strike or require a more definite statement (Doc. No. 6) is denied;
4. Defendants' Rule 12(b)(6) motion to dismiss is granted in part and denied in part, with leave to amend granted;
5. This case now proceeds on plaintiff's first amended complaint (Doc. No. 22);
6. The Clerk of Court is directed to substitute plaintiff's true name "Daniel Trebus," as it appears in the first amended complaint, for plaintiff's pseudonym "John Doe Smith," on the court's docket; and
7. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **September 6, 2016**                    _____
                                                   UNITED STATES DISTRICT JUDGE

2