# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREBAS, *et al.*,<br><br>       Plaintiff,<br><br>v.<br><br>CORIZON HEALTH, INC., *et al.*,<br><br>       Defendants. | Case No.: 1:16-cv-00461-DAD-EPG<br><br>**ORDER RESETTING SETTLEMENT CONFERENCE**<br><br>(ECF No. 39) |

On November 15, 2017, this Court issued a scheduling order setting a settlement conference in this action for February 13, 2018. By stipulation filed on December 15, 2017, the parties seek to continue the settlement conference. Good cause appearing, the settlement conference shall be held on March 1, 2018 at 10:00 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

    Dated: __**December 26, 2017**__         /s/ *Erica P. Grosjean*
                                                      UNITED STATES MAGISTRATE JUDGE