Nancy E. Hudgins, SBN. 85222
neh@hudginslaw.com
Matthew M. Grigg, SBN. 195951
mmg@hudginslaw.com
Pamela Chung, SBN. 290690
pc@hudginslaw.com
LAW OFFICES OF NANCY E. HUDGINS
1981 N. Broadway, Ste. 210
Walnut Creek, CA 94596
(925) 906-0100

Attorneys for Defendants Sgt. Betty Moreno,
Michelle Thomas, M.D. and Harold Orr, M.D.

FILED
FEB 0 8 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREBAS, et al., <br><br> Plaintiff, <br><br> vs. <br><br> CORIZON HEALTH, INC., et al., <br><br> Defendants. | Case No.: 1:16-cv-00461-DAD-EPG <br><br> NOTICE OF CHANGE IN COUNSEL; <br> NOTICE OF CHANGE OF ADDRESS; <br> PROPOSED ORDER |

Please take notice that, as of December 1, 2017, Defendants Sgt. Betty Moreno's, Michelle Thomas, M.D.'s and Harold Orr, M.D.'s current attorneys (Matthew M. Grigg and Pamela Chung) will continue with the representation, but they will switch firms to the Law Offices of Matthew M. Grigg, 1700 N. Broadway, Ste. 360, Walnut Creek, CA, 510-703-4576.

Attorney Nancy Hudgins and the Law Offices of Nancy E. Hudgins will no longer represent Defendants Sgt. Betty Moreno, Michelle Thomas, M.D. and Harold Orr, M.D.

I consent to the above substitution:

Date: 1/17/18 _____
Sgt. Betty Moreno

Date: 12/15/17 _____
Michelle Thomas, M.D.

1  Date: 2/7/18 _____
2                   Harold Orr, M.D.
3
4  Date: 12/18/17 _____
5                   Nancy E. Hudgins
6                   LAW OFFICES OF NANCY E. HUDGINS
7
8  Date: 12/12/17 _____
9                   Matthew M. Grigg
10                  LAW OFFICES OF MATTHEW M. GRIGG
11
12 The substitution of attorneys is hereby approved.
   IT IS SO ORDERED.
13
14 Date: 2/8/18 _____
                    UNITED STATES DISTRICT COURT JUDGE