# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREBAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SGT. BETTY MORENO, *et al.*,<br><br>　　　　Defendants. | Case No. 1:16-cv-00461-DAD-EPG (PC)<br><br>**ORDER APPROVING SUBSTITUTION OF COUNSEL**<br><br>(ECF No. 42) |

On February 7, 2018, Defendants Sgt. Betty Moreno, Harold Orr, M.D., and Michelle Thomas, M.D. filed a Notice of Change in Counsel. (ECF No. 42). Defendants seek to substitute the Law Offices of Matthew M. Grigg in place and stead of the Law Offices of Nancy E. Hudgins. The notice of substitution sets forth the full name and address of the new individual attorneys—Matthew M. Griggs and Pamela Chung, 1700 N. Broadway, Ste. 360, Walnut Creek, CA—and is signed by the withdrawing attorney, the new attorney, and Defendants. Accordingly, pursuant to Local Rule 182(g), the substitution of counsel is approved.

IT IS SO ORDERED.

Dated: **February 9, 2018**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE