# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREBAS,<br><br>        Plaintif,<br>  v.<br><br>SGT. BETTY MORENO, *et al.*,<br><br>        Defendants. | Case No.: 1:16-cv-00461-DAD-EPG (PC)<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>(ECF No. 54) |

On November 15, 2017, the Court issued a Scheduling Order in this action. (ECF No. 38). On May 4, 2018, the parties filed a Stipulation to modify the Scheduling Order. (ECF No. 54). The parties state that settlement discussions before Magistrate Judge Sheila K. Oberto may prove productive, and the expense of anticipated fact and expert discovery may pose a serious threat to the prospect of informal resolution of this action. *Id.*

Accordingly, based on the Stipulation of the parties, and good cause appearing therefor, the Scheduling Order is modified as follows:

- Non-expert discovery cutoff: July 30, 2018
- Expert disclosure deadline: August 21, 2018
- Rebuttal expert disclosure deadline: September 18, 2018
- Expert discovery cutoff: October 15, 2018

1

All other dates and deadlines set forth in the Scheduling Order shall remain unchanged.

IT IS SO ORDERED.

Dated: **May 7, 2018**  /s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE