Walter Riley, SBN 95919
1407 Webster St., Suite 206
Oakland, CA 95612
(510) 451-1422
walterriley@rrrandw.com
Attorney for Plaintiff Daniel Trebas

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL TREBAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SGT. BETTY MORENO, et al.,<br><br>　　　　Defendants. | Case No.: 1:16−CV−00461−DAD−EPG<br><br>**STIPULATION AND REQUESET FOR SETTLEMENT CONFERENCE AND ORDER**<br><br>**(Doc. 56)** |

　　　　Recent events have revealed that a settlement conference now could prove productive, and the parties understand that Magistrate Judge Sheila K. Oberto has availability on July 17, 2018. The parties thus stipulate to and request that a settlement conference be set for that date.

SO STIPULATED:

Dated: May 7, 2018,　　　　　　　LAW OFFICE OF WALTER RILEY

　　　　　　　　　　　　　　　　　*/s/ Walter Riley*
　　　　　　　　　　　　　　　　　Attorney for Plaintiff Daniel Trebas

Dated: May 7, 2018　　　　　　　LAW OFFICES OF MATTHEW M. GRIGG

　　　　　　　　　　　　　　　　　*/s/ Matthew M. Grigg*
　　　　　　　　　　　　　　　　　Matthew M. Grigg, Attorneys for Defendants
　　　　　　　　　　　　　　　　　Sgt. Moreno and Drs. Thomas and Orr

**ORDER**

Pursuant to the parties' above-stipulation (Doc. 56), and good cause appearing therefor, a Settlement Conference is set for July 17, 2018, at 11:00 A.M. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated: **May 8, 2018** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE