# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREBAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SGT. BETTY MORENO, *et al.*,<br><br>　　　　Defendants. | Case No. 1:16-cv-00461-DAD-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANTS MICHELLE THOMAS, M.D. AND HAROLD ORR, M.D. ON THE DOCKET**<br><br>(ECF No. 67) |

On July 18, 2018, the parties filed a stipulation to dismiss without prejudice the claims against Defendants Michelle Thomas, M.D., and Harold Orr, M.D. (ECF No. 67). Thus, the claims against these defendants have been dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to terminate Defendants Michelle Thomas, M.D., and Harold Orr, M.D. on the docket.

IT IS SO ORDERED.

　Dated: **July 19, 2018**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1